No. 70. PORTO RICO RAILWAY, LIGHT & POWER COMPANY *v.* MANUEL CAMUNAS ET AL., ETC., ET AL. Appeal from the Circuit Court of Appeals for the First Circuit. Argued October 17, 18, 1922. Decided October 23, 1922. *Per Curiam.* Dismissed for want of jurisdiction. *El Banco Popular* v. *Wilcox*, 255 U. S. 72; *Inter-Island Steam Navigation Co.* v. *Ward*, 242 U. S. 1. Mr. *Carroll G. Walter* for appellant. Mr. *Grant T. Trent* and Mr. *Logan N. Rock* for appellees.

———

No. 73. THOMAS HUNT ET AL., ETC., *v.* CITY OF NEW ORLEANS ET AL. Error to the Supreme Court of the State of Louisiana. Argued October 18, 1922. Decided October 23, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Lehigh Water Co.* v. *Easton*, 121 U. S. 388, 392; *New Orleans Waterworks Co.* v. *Louisiana*, 185 U. S. 336, 350–351; *Hubert* v. *New Orleans*, 215 U. S. 170, 175; *Cross Lake Shooting & Fishing Club* v. *Louisiana*, 224 U. S. 632, 639. Mr. *Charles Louque* for plaintiffs in error. Mr. *Gustave Lemle* for the Illinoi· Central Railroad Company; Mr. *Ivy G. Kittredge* for the City of New Orleans; Mr. *Henry H. Chaffe* for the Louisville & Nashville Railroad Company et al., defendants ir. error. Mr. *Michel Provosty*, Mr. *George Denegre*, Mr. *Victor Leovy*, Mr. *W. H. Horton*, Mr. *R. V. Fletcher* and Mr. *Hunter C. Leake* were also on tl briefs.